377 A.2d 987

Commonwealth v. Minner, Appellant.

Argued June 17, 1977. James W. Pearson, Jr., with him Eugene E. Kellis, for appellant; Stephen B. Harris, First Assistant District Attorney, and Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded for a hearing on competency of counsel. See *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).

VAN der VOORT, J., did not participate.